**Robert LEVY, Plaintiff–Appellant,**

v.

**Christine G. DAVIS, Defendant– Appellee.**

No. 03–30146
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 10, 2003.

Robert Levy, pro se, Williamsfield Manchester, Jamaica West Indies, for Plaintiff–Appellant.

Tara Avery Hingle, Assistant US Attorney, US Attorney's Office, Baton Rouge, LA, for Defendant–Appellee.

Before JOLLY, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Plaintiff–Appellant Robert Levy appeals the dismissal of his petition for de novo review of the denial of his application for naturalization, filed under 8 U.S.C. § 1421(c). That statute provides that judicial review of the denial of an application for naturalization is available after a hearing before an immigration officer. Levy failed to comply with the applicable regulations for obtaining such a hearing, *see* 8 C.F.R. §§ 103.2(a)(1), § 336.2(a), § 499.1, so the district court was without jurisdiction to review the denial of his application. *See* 8 U.S.C. § 336.9(d); *see also Town-*

---

*send v. U.S. Dep't of Justice, INS,* 799 F.2d 179, 181 (5th Cir.1986).

The instant appeal is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.